IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ELECHIA GIBSON,                                               Civil Action File No.
                                                              5:09-CV-228(H L)
        Plaintiff,
v.

WAL-MART STORES EAST, LP.,
WAL-MART STORES EAST, INC.,
WAL-MART STORES, INC., AND
KEVIN MCCUEN,

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-styled action have settled all issues asserted or that could have been asserted in the above-captioned action. This action is dismissed with prejudice, with each party to absorb its own costs of litigation.

This  11th  day of May, 2010.


/s/ James A. Rice                                 /s/ Howard M. Lessinger
James A. Rice                                     Howard M. Lessinger
Attorney for Plaintiff, Gibson                    Attorney for Defendant, Wal-Mart
Georgia Bar No. 602811                            Georgia Bar No. 447088
563 Spring Street, NW                             3445 Peachtree Road, N.E., Suite 500
Atlanta, GA  30308                                Atlanta, GA  30326
(404) 255-4448                                    (404) 365-4514
jamesarice@comcast.net                            hlessinger@mclain-merritt.com